IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Brian "Ryan B" Doyle, individually and in his capacity as a candidate for the United States Congress from the Third Congressional District of the State of South Carolina,<br><br>        Plaintiff,<br><br>-vs-<br><br>The South Carolina Democratic Party, Carol Fowler, in her capacity as Chair of The South Carolina Democratic Party, Jay Parmley, individually and in his capacity as Executive Director of The South Carolina Democratic Party, and State Representative John Doe, individually and in his capacity as State Representative of the State of South Carolina,<br><br>        Defendants. | Civil Action No: 3:10-cv-00203-HFF-WMC |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER
ENTITIES WITH A DIRECT FINANCIAL INTEREST
IN LITIGATION**

      Pursuant to Local Rule 7.1, Defendant, The South Carolina Democratic Party, makes the following disclosures:

1. Is party a publicly held corporation or other publicly held entity?
   ( ) Yes            (X) No

2. Does party have any parent corporations?
   ( ) Yes            (X) No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:  N/A

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?
   ( ) Yes            (X) No

   If yes, identify all such owners:  N/A

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   ( ) Yes            (X) No

   If yes, identify entity and nature of interest:  N/A

5. Is party a trade association?
   ( ) Yes            (X) No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:  N/A

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:  N/A

Respectfully submitted,

s/Matthew T. Richardson
Matthew T. Richardson (Fed I.D. No: 7791)
WYCHE, BURGESS, FREEMAN & PARHAM, P.A.
Post Office Box 12247
Columbia, SC 29211
Phone: 803.254.6542
Fax: 803.254.6544
Email: mrichardson@wyche.com

OF COUNSEL:

Joseph E Sandler
Sandler Reiff & Young PC
300 M Street, S.E. Suite 1102
Washington, D.C. 20003
Phone: 202.479.1111
Fax: 202.479.1115
Email: sandler@sandlerreiff.com


ATTORNEYS FOR DEFENDANTS

March 1, 2010